Waterworks v Hemmert Studio Exhibit A.xls

| Name of Creditor | Check / Wire ID Number | Disbursement Date | Amount Paid |
|---|---|---|---|
| \*EXHIBIT A\* Transfers | | | |
| HEMMERT STUDIO | 208787 | 3/20/2009 | $15,827.50 |
| | | | $15,827.50 |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation